1
2
3
4                        UNITED STATES DISTRICT COURT
5                              DISTRICT OF NEVADA
6                                     * * *

7    TODD ROBBEN,                          Case Nos. 3:13-cv-0438-RFB-VPC
                                                     3:15-cv-0529-RFB-VPC
8                    Plaintiff,                      3:15-cv-0530-RFB-VPC

9          v.                                        **ORDER**

10   CARSON CITY, NEVADA;
     DEPARTMENT OF ALTERNATIVE
11   SENTENCING et al; DAS CHIEF RORY
     PLANETA in his individual and official
12   capacities, DAS ASSISTANT CHIEF KATE
     SUMMERS in her individual and official
13   capacities, DAS OFFICER MARTIN HALE
     in his individual and official capacities, DAS
14   DOES 1-10 in their individual and official
15   capacities, CARSON CITY JUDGE JOHN
     TATRO in his individual and official
16   capacities, CARSON CITY OFFICIAL
     DISTRICT ATTORNEY NEIL
17   ROMBARDO in his individual and official
18   capacities, CARSON CITY DEPUTY
     DISTRICT ATTORNEY TRAVIS LUCIA in
19   his individual and official capacities,
20   CARSON CITY JAILHOUSE DOCTOR
     JOSEPH E. MCELLISTREM PHD in his
21   individual and official capacities,
22
                     Defendants.
23

24         Pending before the Court are two Motions to Stay Proceedings filed by *Pro Se* Plaintiff

25   Todd Robben. In his motions, Robben states that criminal charges, which he disputes, were

26   recently filed against him in California state court. Robben has filed several motions in connection

27   with these criminal proceedings, which are currently pending, and states that he has immediate

28   court hearings scheduled. Robben also states that his car has been impounded.

1   District courts have discretion to stay the proceedings before them in light of their inherent

2   power to control their own dockets and promote judicial economy. <u>Lockyer v. Mirant Corp.</u>, 398

3   F.3d 1098, 1110 (9th Cir. 2005); <u>Landis v. North Am. Co.</u>, 299 U.S. 248, 255 (1936). "[A] trial

4   court may, with propriety, find it is efficient for its own docket and the fairest course for the parties

5   to enter a stay of an action before it, pending resolution of independent proceedings which bear

6   upon the case. This rule applies whether the separate proceedings are judicial, administrative, or

7   arbitral in character . . . ." <u>Yong v. I.N.S.</u>, 208 F.3d 1116, 1119-20 (9th Cir. 2000) (quoting <u>Leyva</u>

8   <u>v. Certified Grocers of Cal., Ltd.</u>, 593 F.2d 857, 863 (9th Cir. 1979)). However, a stay should

9   generally be for a limited duration, have a defined end point, and should not be granted "if there

10  is even a fair possibility" that the stay will harm another party, unless the moving party makes a

11  showing of hardship or inequity. <u>Dependable Highway Express, Inc. v. Navigators Ins. Co.</u>, 498

12  F.3d 1059, 1066 (9th Cir. 2007) (quoting <u>Landis</u>, 299 U.S. at 255).

13  The Court finds that Robben has demonstrated good cause for a limited stay of his civil

14  cases pending before this Court. Robben's criminal proceedings will make it extremely difficult

15  for him to effectively participate in his civil cases, in which he must meet filing and discovery

16  deadlines. Therefore, and in light of Robben's *pro se* status, the Court exercises its discretion to

17  issue a stay of 60 days of Robben's civil actions pending before it.

18  **<u>ORDER</u>**

19  Accordingly,

20  **IT IS ORDERED** that Plaintiff Todd Robben's Motions to Stay Proceedings are

21  GRANTED. These are the following docket numbers:

22  • ECF Nos. 120 and 127 in case no. 3:13-cv-0438-RFB-VPC;

23  • ECF Nos. 27 and 32 in case no. 3:15-cv-0529-RFB-VPC; and

24  • ECF Nos. 33 and 38 in case no. 3:15-cv-0530-RFB-VPC.

25  **IT IS FURTHER ORDERED** that these cases are STAYED for 60 days. All pending

26  deadlines are suspended during the stay.

27  / / /

28  / / /

- 2 -

1       **IT IS FURTHER ORDERED** that Plaintiff Todd Robben shall file a status report on or

2  before **June 20, 2016** informing the Court of the status of his criminal proceedings. The Court

3  shall then issue an Order directing the parties how these cases shall proceed.

4

5       **DATED**: <u>April 19, 2016</u>.

6

7                                           **RICHARD F. BOULWARE, II**

8                                           **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28