Brian M. Brown, Esq. – State Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
CARSON CITY, CARSON CITY DEPARTMENT OF
ALTERNATIVE SENTENCING, TAD FLETCHER, MARTIN HALE,
JOHN TATRO, KEN FURLONG, DAN GOMES, MARK KRUEGER,
KATE SUMMERS, NEIL ROMBARDO

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TODD ROBBEN,

               Plaintiff,

vs.

CARSON CITY, NEVADA; DEPARTMENT OF ALTERNATIVE SENTENCING ET AL; RETIRED DAS CHIEF RORY PLANETA IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, DAS CHIEF TAD FLETCHER IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, DAS ASSISTANT CHIEF KATE SUMMERS IN HER INDIVIDUAL AND OFFICIAL CAPACITIES, DAS OFFICER MARTIN HALE IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, DOES 1-10 IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY JUDGE JOHN TATRO IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY DISTRICT ATTORNEY NEIL ROMBARDO IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY ASSISTANT DISTRICT ATTORNEY MARK KRUEGER IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, JUDGE NANCY OESTERLY IN HER INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY, NEVADA; SHERIFF KENNY FURLONG IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, CARSON CITY SHERIFF DETECTIVE DAN GOMES IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,

               Defendants.

CASE NO. 3:15-cv-00530-RTB-VPC

ORDER

**MOTION FOR DISASSOCIATION OF COUNSEL**

- 1 -

COMES NOW Defendants, CARSON CITY, NEVADA, DEPARTMENT OF ALTERNATIVE SENTENCING, TAD FLETCHER, MARTIN HALE, JOHN TATRO, KEN FURLONG, DAN GOMES, MARK KRUEGER, KATE SUMMERS AND NEIL ROMBARDO, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby move that, as Adam L. Woodrum, Esq., is no longer associated with the firm of Thorndal Armstrong Delk Balkenbush & Eisinger, he should be disassociated as counsel for the Defendants, CARSON CITY, NEVADA, DEPARTMENT OF ALTERNATIVE SENTENCING, TAD FLETCHER, MARTIN HALE, JOHN TATRO, KEN FURLONG, DAN GOMES, MARK KRUEGER, KATE SUMMERS AND NEIL ROMBARDO. Brian M. Brown, Esq. of the firm Thorndal Armstrong Delk Balkenbush & Eisinger continues to represent the Defendants in this action.

Thorndal Armstrong Delk Balkenbush & Eisinger respectfully requests the removal of ADAM L. WOODRUM from the list of attorneys associated with this case, as well as future pleadings.

DATED this 15TH day of March, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: / s / *Brian M. Brown*
Brian M. Brown, Esq – State Bar No. 5233
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882

Attorneys for Defendants
CARSON CITY, CARSON CITY DEPARTMENT OF ALTERNATIVE SENTENCING, TAD FLETCHER, MARTIN HALE, JOHN TATRO, KEN FURLONG, DAN GOMES, MARK KRUEGER, KATE SUMMERS, NEIL ROMBARDO

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: March 20, 2018

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **MOTION FOR DISASSOCIATION OF COUNSEL** to be served on all parties to this action by:

✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

___ personal delivery

___ facsimile (fax)

___ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**TODD ROBBEN, #5073288**
**c/o CDCR, #BE69078**
**PO Box 20**
**Tracy, CA 95378**
*Pro Per Plaintiff*

DATED this 15th day of March, 2018.

                                          /s / Sam Baker
                                          An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER